IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00872–RPM–KMT

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

CHANTHALY LEE,
GE LEE,
SILVER LEE, and
JAQUETTA ATWELL,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Vacate Scheduling Conference Set for July 8, 2008" (#8, filed June 30, 2008) is **GRANTED**. The Scheduling Conference set for July 8, 2008 is **VACATED**. Parties shall submit a stipulated motion to dismiss on or before July 11, 2008.

Dated: July 1, 2008